UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CAHLYL ROLLINS,<br><br>Defendant. | Case No. 23-cr-000359 (TSC) |

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

### I.  Summary of the Plea Agreement

The Defendant agrees to plead guilty to four counts of Malicious Use of Explosive Materials, in violation of 18 U.S.C. § 844(i).

### II.  Elements of the Offense

The elements of the offense of Malicious Use of Explosive Materials, in violation of 18 U.S.C. § 844(i), each of which the Government must prove beyond a reasonable doubt, are:

1. The defendant damaged or destroyed, or attempted to damage or destroy, any building, vehicle, or other real or personal property;

2. The defendant did so by means of fire or explosive;

3. The property was used in or in any activity affecting interstate commerce; and

4. The defendant did so maliciously.

### III.  Penalties for the Offense

The penalties for Malicious Use of Explosive Materials, in violation of 18 U.S.C. § 844(i) are:

(A)  A mandatory minimum term of imprisonment of five years;

(B)  A maximum term of imprisonment of not more than twenty years;

1

  (C)  a fine not to exceed $250,000, or twice the pecuniary gain or loss of the offense;

  (D)  a term of supervised release of not more than three years; and,

  (E)  a special assessment of $100.

### IV. Factual Proffer

Had this case gone to trial, the Government's evidence would prove the following beyond a reasonable doubt:

On July 2, 2023, between 3:53 and 4:44 AM, Defendant Cahlyl Rollins along with conspirators, placed and detonated four explosive devices in Maryland and D.C. outside of commercial businesses.

At approximately 3:53 AM, Rollins and his conspirators placed and detonated an explosive device outside of a Bank of America ATM at 5430 Silver Hill Road, District Heights, Maryland, destroying the vestibule and structure surrounding the ATM. Bank of America is a national bank, with locations across the country, and the destroyed ATM was used in an activity affecting interstate commerce, specifically the distribution of cash.

Thirty-seven minutes later, at approximately 4:30 AM, Rollins and his conspirators placed and detonated a second explosive device outside of a Truist Bank at 2360 Washington Place NE, Washington, D.C., destroying the vestibule and structure surrounding multiple ATMs. Bank of America is a national bank, with locations across the country, and the destroyed ATMs and vestibule were used in an activity affecting interstate commerce, specifically the distribution of cash. The damage to the Truist Bank was estimated to be $35,993.65.

Six minutes later, at approximately 4:36 AM, Rollins and his conspirators placed and detonated a third explosive device outside of the Nike Store at 700 H Street NE, Washington, D.C.,

destroying the front vestibule. Nike is a national manufacturer and retailer of clothing and its H Street store, including the entrance, are used in activities affecting interstate commerce. The damage to the store was estimated to be $10,312.50.

Eight minutes later, at approximately 4:44 AM, Rollins and his conspirators placed and detonated a fourth explosive device next to the entryway of a Safeway at 322 40th Street NE, Washington, D.C., destroying portions of the entryway. Safeway is a national grocery store chain and the entryway to this store was used in activities affecting interstate commerce. The damage to the store was estimated to be $9,897.15.

With respect to each bombing, Defendant Rollins acted intentionally or at least with a willful disregard of the likelihood that damage would result.

The following statement of facts does not purport to include all the defendant's illegal conduct. It is intended to represent sufficient information for the Court to find a factual basis for accepting the defendant's guilty plea.

                                                        Respectfully Submitted

                                                        Matthew M. Graves
                                                        United States Attorney

BY:   */s/ Cameron A. Tepfer*
        Cameron A. Tepfer
        Assistant United States Attorney

## DEFENDANT ROLLIN'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to Counts 1, 2, 3, and 4 of the October 12, 2023 Indictment in this case, charging me with four counts of Malicious Use of Explosive Materials, in violation of 18 U.S.C. § 844(i). I have discussed this proffer fully with my attorney, Benjamin Schiffelbein. I fully understand this proffer and I acknowledge its truthfulness, agree to it, and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 9/23/24

Cahlyl Rollins

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the Government's proffer of evidence related to my client's guilty plea. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 9/23/24

Benjamin Schiffelbein, Esq.
Counsel for Defendant

4